UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIPPIE S. JOE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C13-5847 RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

　　　Plaintiff appeals the denial of her disability application. Dkt. 3.  The parties stipulate the case should be reversed and remanded.  Dkt. 23.

　　　The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  The parties stipulate the Administrative Law Judge will hold a de novo hearing and issue a new decision; that the Administrative Law Judge shall give further consideration to the opinion evidence of record, particularly the opinion of Norma Brown, Ph.D., to reassess the claimant's maximum residual functional capacity, and, if warranted, to obtain supplemental vocational expert testimony to assist in determining whether the claimant can perform the physical and mental demands of past relevant work or other work in the national

REPORT AND RECOMMENDATION - 1

economy on a sustained basis.  The parties further stipulate that plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and 42 U.S.C. § 406(b), upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.  A proposed order accompanies this Report and Recommendation

DATED this 7th day of July, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge