UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIPPIE S. JOE,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. C13-5847 RSM-BAT<br><br>**ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court having considered the stipulated motion for remand, Dkt. 23, the Report and Recommendation of United States Magistrate Judge, Brian A. Tsuchida, and the balance of the record **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3) The Clerk shall send copies of this Order to the parties.

DATED this 8 day of July 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE